July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

WALTER P. MOORE & ASSOCIATES, INC., Appellant

NO. 14-14-00315-CV                    V.

KENNEDY ASSOCIATES/ARCHITECTS, INC. D/B/A KAI DESIGN AND
BUILD; KAI CONSTRUCTION SERVICES, LLC D/B/A KAI
CONSTRUCTION, A MISSOURI LIMITED LIABILITY CORPORATION;
AND KAI ALLIANCE, LC D/B/A KAI TEXAS, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 26, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Walter P. Moore & Associates, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.